McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MC-00023-AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $11,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America and potential claimant Jonathan Robinson ("Robinson"), by and through their respective counsel, do agree and STIPULATE as follows:

1. On or about January 21, 2020, potential claimant Robinson filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service with respect to the above-captioned currency (hereafter "defendant currency"), which was seized on November 14, 2019.

2. The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the potential claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 20, 2020.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 19, 2020, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 19, 2020.

Dated: April 3, 2020　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: /s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: April 2, 2020　　　　　　　　　By: /s/ Matthew Kumin
　　　　　　　　　　　　　　　　　　　　MATTHEW KUMIN
　　　　　　　　　　　　　　　　　　　　Attorney for Potential Claimant
　　　　　　　　　　　　　　　　　　　　Jonathan Robinson
　　　　　　　　　　　　　　　　　　　　(As approved by email on 04/02/2020)

IT IS SO ORDERED.

Dated: April 7, 2020　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE